GUSTAVE H. KUNTZSCH, Respondent, v. HULDA WEDEN KUNTZSCH, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

ELIZABETH MARTIN, as Administratrix, etc., of WILLIAM J. MARTIN, Deceased, Respondent, v. SAMUEL A. HERZOG, Appellant. FRANCES HERZOG, Defendant.— Order amended so as to strike out the words " and on the facts." Present — Thomas, Mills, Rich and Blackmar, JJ. Order to be settled before Mr. Justice Thomas.

ROBERT J. MARTYN, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK BURNS, Respondent, v. ALFRED P. RUSSELL, County Treasurer, etc., and HERBERT S. SISSON, as State Commissioner of Excise, etc., Appellants.— Motion granted, on condition that appellants perfect the appeal forthwith, and use due diligence to bring the case on for argument. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.